**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  KRAUSE, KEVIN T.       §   Case No. 16-38491
       KRAUSE, CHRISTY L.      §
                                      §
                                      §
                 Debtor(s)             §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/06/2016. The undersigned trustee was appointed on 12/06/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          181,588.30

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,077.49 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 180,510.81 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 04/21/2017 and the deadline for filing governmental claims was 06/05/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,787.88. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $6,787.88, for a total compensation of $6,787.88[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/18/2017                    By: /s/ David R. Brown
                                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 16-38491 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | KRAUSE, KEVIN T.<br>KRAUSE, CHRISTY L. | Date Filed (f) or Converted (c): | 12/06/2016 (f) |
| | | § 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 07/18/2017 | Claims Bar Date: | 04/21/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5306 Carpenter St., Downers Grove, IL 60515-0000<br>Orig. Description: 5306 Carpenter St., Downers Grove, IL 60515-0000, DuPage County<br>Single-family home<br>Entire property value: $150,000.00; Imported from original petition Doc# 1 | 150,000.00 | 74,178.83 | | 74,178.83 | FA |
| 2 | Deposits of money: Checking account with Chase<br>Orig. Description: Deposits of money: Checking account with Chase; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 3 | misc used household goods old furniture and basi<br>misc used household goods old furniture and basic household items | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Antique Glass Round Hutch Oak Table and Dresser<br>Orig. Description: Antique Glass Round Hutch Oak Table and Dresser; Imported from original petition Doc# 1; Exemption: Antique Glass Round Hutch Oak Table and Dresser - Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | used clothing<br>Orig. Description: used clothing; Imported from original petition Doc# 1; Exemption: used clothing - Amount: 400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | ear rings and rings<br>Orig. Description: ear rings and rings; Imported from original petition Doc# 1; Exemption: ear rings and rings - Amount: 2000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Int. in Ins. policies: Term life insurance throu<br>Orig. Description: Int. in Ins. policies: Term life insurance through employer - no current cash value; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 16-38491 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | KRAUSE, KEVIN T.<br>KRAUSE, CHRISTY L. | Date Filed (f) or Converted (c): | 12/06/2016 (f) |
| | | § 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 07/18/2017 | Claims Bar Date: | 04/21/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Int. in Ins. policies: Universal Life Insurance<br>Orig. Description: Int. in Ins. policies: Universal Life Insurance with State Farm cash surrender value is $29,029.47 Beneficiary is Debtor 2; Imported from original petition Doc# 1; Exemption: Universal Life Insurance with State Farm cash surrender value is $29,029.47 Beneficiary is Debtor 2  -  Amount: 29029.00 | 29,029.00 | 0.00 | | 0.00 | FA |
| 9 | Int. in Ins. policies: Term Life Insurance with<br>Orig. Description: Int. in Ins. policies: Term Life Insurance with State Farm; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Int. in Ins. policies: Ohio National Term Life I<br>Orig. Description: Int. in Ins. policies: Ohio National Term Life Insurance; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: Illinois State Retirement<br>Orig. Description: Ret. or Pension Acct.: Illinois State Retirement; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Ret. or Pension Acct.: Individual Retirement Acc<br>Orig. Description: Ret. or Pension Acct.: Individual Retirement Account State Farm; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Ret. or Pension Acct.: IBM Retirement Account<br>Orig. Description: Ret. or Pension Acct.: IBM Retirement Account; Imported from original petition Doc# 1; Exemption: IBM Retirement Account  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 14 | Ret. or Pension Acct.: Deferred Life Annuity IRA<br>Orig. Description: Ret. or Pension Acct.: Deferred Life Annuity IRA; Imported from original petition Doc# 1; Exemption: Deferred Life Annuity IRA  -  Amount: 860.00 | 860.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

| Case No.: | 16-38491 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | KRAUSE, KEVIN T. <br> KRAUSE, CHRISTY L. | Date Filed (f) or Converted (c): | 12/06/2016 (f) |
| | | § 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 07/18/2017 | Claims Bar Date: | 04/21/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 15 | State of Illinois owes Debtors $1000: Federal<br>Orig. Description: State of Illinois owes Debtors $1000: Federal; Imported from original petition Doc# 1; Exemption: State of Illinois owes Debtors $1000  -  Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2001 GMC Pickup, 136K miles. Entire property val<br>Orig. Description: 2001 GMC Pickup, 136K miles. Entire property value: $2,100.00; Imported from original petition Doc# 1; Exemption: 2001 GMC Pickup 136K miles  -  Amount: 2100.00 | 2,100.00 | 0.00 | | 0.00 | FA |
| 17 | 2005 Chrysler Town and Country, 211K miles. Enti<br>Orig. Description: 2005 Chrysler Town and Country, 211K miles. Entire property value: $1,300.00; Imported from original petition Doc# 1; Exemption: 2005 Chrysler Town and Country 211K miles  -  Amount: 1300.00 | 1,300.00 | 0.00 | | 0.00 | FA |
| 18 | 2011 Hyudai Elentra, 50000 miles. Entire propert<br>Orig. Description: 2011 Hyudai Elentra, 50000 miles. Entire property value: $8,500.00; Imported from original petition Doc# 1 | 8,500.00 | 0.00 | | 0.00 | FA |
| 19 | one cat<br>Orig. Description: one cat; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | TRUSTS, EQUITABLE, FUTURE INTERESTS IN PROPERTY (u) | 107,409.47 | 107,409.47 | | 107,409.47 | FA |
| 20 | Assets      Totals     (Excluding unknown values) | **$305,048.47** | **$181,588.30** | | **$181,588.30** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 4

**Case No.:** 16-38491
**Case Name:** KRAUSE, KEVIN T.
KRAUSE, CHRISTY L.

**For Period Ending:** 07/18/2017

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 12/06/2016 (f)
**§ 341(a) Meeting Date:** 01/03/2017
**Claims Bar Date:** 04/21/2017

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

UST Form 101-7-TFR (5/1/2011)

Form 2

Exhibit B
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 16-38491 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | KRAUSE, KEVIN T.<br>KRAUSE, CHRISTY L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1666 | Account #: | ******9266 Checking Account |
| For Period Ending: | 07/18/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/22/2017 | {1} | DuPage County Sheriff | forec losure sale surplus | 1110-000 | 74,178.83 | | 74,178.83 |
| 02/27/2017 | {20} | State Farm Life Inurance Co. | Life insurance payment re: death of Debtor's father. | 1290-000 | 107,409.47 | | 181,588.30 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.78 | 181,570.52 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.86 | 181,300.66 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 243.38 | 181,057.28 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 286.46 | 180,770.82 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 260.01 | 180,510.81 |
| | | | COLUMN TOTALS | | 181,588.30 | 1,077.49 | $180,510.81 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 181,588.30 | 1,077.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $181,588.30 | $1,077.49 | |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

## Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-38491 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | KRAUSE, KEVIN T.<br>KRAUSE, CHRISTY L. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1666 | **Account #:** | ******9266 Checking Account |
| **For Period Ending:** | 07/18/2017 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9266 Checking Account | $181,588.30 | $1,077.49 | $180,510.81 |
| | $181,588.30 | $1,077.49 | $180,510.81 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

# Exhibit C
## Analysis of Claims Register

Case: 16-38491                                              KEVIN T. KRAUSE AND CHRISTY L. KRAUSE

Claims Bar Date: 04/21/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY EXP | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>07/18/17 | | $266.50<br>$266.50 | $0.00 | $266.50 |
| ATTY FEES | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>07/18/17 | | $6,446.50<br>$6,446.50 | $0.00 | $6,446.50 |
| TR COMP | David R. Brown<br>53 W. Jackson<br>#1334<br>Chicago, IL 60604<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/17/17 | | $6,787.88<br>$6,787.88 | $0.00 | $6,787.88 |
| 1P | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>01/23/17 | | $7,504.14<br>$7,504.14 | $0.00 | $7,504.14 |
| SURPLUS | KRAUSE, KEVIN T. and KRAUSE, CHRISTY L.<br>5306 CARPENTER ST<br>DOWNERS GROVE, IL 60515<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>07/18/17 | | $0.00<br>$110,830.70 | $0.00 | $110,830.70 |
| 1PI | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/18/17 | | N/A<br>$44.39 | $0.00 | $44.39 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

**Case:** 16-38491       **KEVIN T. KRAUSE AND CHRISTY L. KRAUSE**

Claims Bar Date: 04/21/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/23/17 | | $1,548.10<br>$1,548.10 | $0.00 | $1,548.10 |
| 1UI | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/18/17 | | N/A<br>$9.16 | $0.00 | $9.16 |
| 2 | Navient Solutions, Inc. on behalf of Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/27/17 | | $35,872.86<br>$35,872.86 | $0.00 | $35,872.86 |
| 2I | Navient Solutions, Inc. on behalf of Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/18/17 | | N/A<br>$212.19 | $0.00 | $212.19 |
| 3 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/15/17 | | $1,335.53<br>$1,335.53 | $0.00 | $1,335.53 |
| 3I | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/18/17 | | N/A<br>$7.90 | $0.00 | $7.90 |

# Exhibit C

## Analysis of Claims Register

Case: 16-38491      KEVIN T. KRAUSE AND CHRISTY L. KRAUSE

Claims Bar Date: 04/21/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE BANK (USA), N.A.,POB 41067 Norfolk, VA 23541 <br><br> <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/21/17 | | $9,588.24 <br> $9,588.24 | $0.00 | $9,588.24 |
| 4I | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE BANK (USA), N.A.,POB 41067 Norfolk, VA 23541 <br><br> <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 07/18/17 | | N/A <br> $56.72 | $0.00 | $56.72 |
| | | | | Case Total: | $0.00 | $180,510.81 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-38491
Case Name: KEVIN T. KRAUSE AND CHRISTY L.
Trustee Name: David R. Brown

**Balance on hand:**   $   180,510.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   180,510.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 6,787.88 | 0.00 | 6,787.88 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 6,446.50 | 0.00 | 6,446.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 266.50 | 0.00 | 266.50 |

Total to be paid for chapter 7 administrative expenses:   $   13,500.88
Remaining balance:   $   167,009.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   167,009.93

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,504.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Internal Revenue Service | 7,504.14 | 0.00 | 7,504.14 |

|  | |
|---|---:|
| Total to be paid for priority claims: | $ 7,504.14 |
| Remaining balance: | $ 159,505.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $48,344.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 1,548.10 | 0.00 | 1,548.10 |
| 2 | Navient Solutions, Inc. on behalf of | 35,872.86 | 0.00 | 35,872.86 |
| 3 | Capital One, N.A. | 1,335.53 | 0.00 | 1,335.53 |
| 4 | Portfolio Recovery Associates, LLC | 9,588.24 | 0.00 | 9,588.24 |

|  | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 48,344.73 |
| Remaining balance: | $ 111,161.06 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None |  |  |  |

|  | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 111,161.06 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 111,161.06 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.85% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $330.36. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $110,830.70.

**UST Form 101-7-TFR(5/1/2011)**