UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | Chapter: 7 |
| KEVIN T. KRAUSE AND | ) | |
| CHRISTY L. KRAUSE, | ) | Case No.: 16-38491 |
| | ) | |
| Debtors. | ) | Judge Janet S. Baer |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

John P. Carlin
1305 Remmington Rd. Suite C
Schaumburg, IL  60173

**VIA REGULAR MAIL**

| | | |
|---|---|---|
| Kevin and Christy Krause | Capital One, NA (Kohls) | |
| 5306 Carpenter St. | c/o Beckett and Lee, LLP | Navient Solutions, Inc. on |
| Downers Grove, IL  60515 | PO Box 3001 | Behalf of Dept. of Education |
| | Malvern, PA  19355-0701 | Loan Services |
| Internal Revenue Service | | PO Box 9635 |
| PO Box 7346 | Portfolio Recovery Associates, | Wilkes-Barre, PA  18773-9635 |
| Philadelphia, PA 19101-7346 | successor to Capital One Bank | |
| | PO Box 41067 | |
| | Norfolk, VA  23541 | |

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000