**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KRAUSE, KEVIN T. § Case No. 16-38491
   KRAUSE, CHRISTY L. §
   §
   §
   Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $47,639.00 | Assets Exempt: | $38,889.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $56,179.23 | Claims Discharged Without Payment: | $140,183.00 |
| Total Expenses of Administration: | $14,578.37 | | |

3) Total gross receipts of $181,588.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $110,830.70 (see **Exhibit 2**), yielded net receipts of $70,757.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $169,792.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $14,578.37 | $14,578.37 | $14,578.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $9,526.00 | $7,504.14 | $7,504.14 | $7,504.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $140,183.00 | $48,344.73 | $48,675.09 | $48,675.09 |
| **TOTAL DISBURSEMENTS** | $319,501.00 | $70,427.24 | $70,757.60 | $70,757.60 |

4) This case was originally filed under chapter 7 on 12/06/2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   01/30/2018          By: /s/ David R. Brown
                                 Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRUSTS, EQUITABLE, FUTURE INTERESTS IN PROPERTY | 1290-000 | $107,409.47 |
| 5306 Carpenter St., Downers Grove, IL 60515-0000 | 1110-000 | $74,178.83 |
| **TOTAL GROSS RECEIPTS** | | **$181,588.30** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kevin T. Krause and Christy L. Krause | | 8200-002 | $110,830.70 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$110,830.70** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Chase | 4110-000 | $93,932.00 | NA | NA | NA |
| N/F | Hyundai Fine | 4110-000 | $5,006.00 | NA | NA | NA |
| N/F | Lisle Savings Bank | 4110-000 | $70,854.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$169,792.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $6,787.88 | $6,787.88 | $6,787.88 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $6,446.50 | $6,446.50 | $6,446.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 3120-000 | NA | $266.50 | $266.50 | $266.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,077.49 | $1,077.49 | $1,077.49 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $14,578.37 | $14,578.37 | $14,578.37 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | $0.00 | $7,504.14 | $7,504.14 | $7,504.14 |
| N/F | Illinois Department of Revenue | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $9,526.00 | NA | NA | NA |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $9,526.00 | $7,504.14 | $7,504.14 | $7,504.14 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1PI | Internal Revenue Service | 7990-000 | NA | NA | $44.39 | $44.39 |
| 1U | Internal Revenue Service | 7100-000 | $0.00 | $1,548.10 | $1,548.10 | $1,548.10 |
| 1UI | Internal Revenue Service | 7990-000 | NA | NA | $9.16 | $9.16 |
| 2 | Navient Solutions, Inc. on behalf of | 7100-000 | $0.00 | $35,872.86 | $35,872.86 | $35,872.86 |
| 2I | Navient Solutions, Inc. on behalf of | 7990-000 | NA | NA | $212.19 | $212.19 |
| 3 | Capital One, N.A. | 7100-000 | $0.00 | $1,335.53 | $1,335.53 | $1,335.53 |
| 3I | Capital One, N.A. | 7990-000 | NA | NA | $7.90 | $7.90 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $9,588.24 | $9,588.24 | $9,588.24 |
| 4I | Portfolio Recovery Associates, LLC | 7990-000 | NA | NA | $56.72 | $56.72 |
| N/F | Bank Of America | 7100-000 | $5,021.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $17,372.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $15,705.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $15,423.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $11,352.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $11,226.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $0.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Chase Card Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Citibank/Sears | 7100-000 | $10,889.00 | NA | NA | NA |
| N/F | Client Services, Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dept Of Ed/Navient | 7100-000 | $2,387.00 | NA | NA | NA |
| N/F | Dept Of Ed/Navient | 7100-000 | $32,832.00 | NA | NA | NA |
| N/F | Dept Of Ed/Navient | 7100-000 | $40.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EdFinancial Services, Lie | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EdFinancial Services, Lie | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Firstmark | 7100-000 | $3,763.00 | NA | NA | NA |
| N/F | Firstmark | 7100-000 | $2,991.00 | NA | NA | NA |
| N/F | Firstmark | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kohls/Capital One | 7100-000 | $1,335.00 | NA | NA | NA |
| N/F | LTD Financial Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Med Business Bureau | 7100-000 | $118.00 | NA | NA | NA |
| N/F | NTB/CBSD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nationwide Credit | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nationwide Credit | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nationwide Credit & Collections, Inc | 7100-000 | $141.00 | NA | NA | NA |
| N/F | Navient | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Nordstrom Fsb | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Portfolio Recovery | 7100-000 | $9,588.00 | NA | NA | NA |
| N/F | Sears | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Synchrony Bank/ JC Penneys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Synchrony Bank/ Old Navy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Synchrony Bank/Sams Club | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TD Auto Financial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Target | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Home Depot/CBND | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Dept of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Dept of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Dept of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Dept of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Dept of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Von Maur, Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wells Fargo Dealer Services | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$140,183.00** | **$48,344.73** | **$48,675.09** | **$48,675.09** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-38491 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | KRAUSE, KEVIN T.<br>KRAUSE, CHRISTY L. | Date Filed (f) or Converted (c): | 12/06/2016 (f) |
| | | § 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 01/30/2018 | Claims Bar Date: | 04/21/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 5306 Carpenter St., Downers Grove, IL 60515-0000<br>Orig. Description: 5306 Carpenter St., Downers Grove, IL 60515-0000, DuPage County<br>Single-family home<br>Entire property value: $150,000.00; Imported from original petition Doc# 1 | 150,000.00 | 74,178.83 | | 74,178.83 | FA |
| 2 | Deposits of money: Checking account with Chase<br>Orig. Description: Deposits of money: Checking account with Chase; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 3 | misc used household goods old furniture and basi<br>misc used household goods old furniture and basic household items | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Antique Glass Round Hutch Oak Table and Dresser<br>Orig. Description: Antique Glass Round Hutch Oak Table and Dresser; Imported from original petition Doc# 1; Exemption: Antique Glass Round Hutch Oak Table and Dresser  -  Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | used clothing<br>Orig. Description: used clothing; Imported from original petition Doc# 1; Exemption: used clothing  -  Amount: 400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | ear rings and rings<br>Orig. Description: ear rings and rings; Imported from original petition Doc# 1; Exemption: ear rings and rings  -  Amount: 2000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Int. in Ins. policies: Term life insurance throu<br>Orig. Description: Int. in Ins. policies: Term life insurance through employer - no current cash value; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Int. in Ins. policies: Universal Life Insurance<br>Orig. Description: Int. in Ins. policies: Universal Life Insurance with State Farm cash surrender value is $29,029.47 Beneficiary is Debtor 2; Imported from original petition Doc# 1; Exemption: Universal Life Insurance with State Farm cash surrender value is $29,029.47 Beneficiary is Debtor 2  -  Amount: 29029.00 | 29,029.00 | 0.00 | | 0.00 | FA |
| 9 | Int. in Ins. policies: Term Life Insurance with<br>Orig. Description: Int. in Ins. policies: Term Life Insurance with State Farm; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Int. in Ins. policies: Ohio National Term Life I<br>Orig. Description: Int. in Ins. policies: Ohio National Term Life Insurance; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 16-38491 | | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|---|
| Case Name: | KRAUSE, KEVIN T. | | Date Filed (f) or Converted (c): | 12/06/2016 (f) |
| | KRAUSE, CHRISTY L. | | § 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 01/30/2018 | | Claims Bar Date: | 04/21/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Ret. or Pension Acct.: Illinois State Retirement<br>Orig. Description: Ret. or Pension Acct.: Illinois State Retirement; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Ret. or Pension Acct.: Individual Retirement Acc<br>Orig. Description: Ret. or Pension Acct.: Individual Retirement Account State Farm; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Ret. or Pension Acct.: IBM Retirement Account<br>Orig. Description: Ret. or Pension Acct.: IBM Retirement Account; Imported from original petition Doc# 1; Exemption: IBM Retirement Account - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 14 | Ret. or Pension Acct.: Deferred Life Annuity IRA<br>Orig. Description: Ret. or Pension Acct.: Deferred Life Annuity IRA; Imported from original petition Doc# 1; Exemption: Deferred Life Annuity IRA - Amount: 860.00 | 860.00 | 0.00 | | 0.00 | FA |
| 15 | State of Illinois owes Debtors $1000: Federal<br>Orig. Description: State of Illinois owes Debtors $1000: Federal; Imported from original petition Doc# 1; Exemption: State of Illinois owes Debtors $1000 - Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2001 GMC Pickup, 136K miles. Entire property val<br>Orig. Description: 2001 GMC Pickup, 136K miles. Entire property value: $2,100.00; Imported from original petition Doc# 1; Exemption: 2001 GMC Pickup 136K miles - Amount: 2100.00 | 2,100.00 | 0.00 | | 0.00 | FA |
| 17 | 2005 Chrysler Town and Country, 211K miles. Enti<br>Orig. Description: 2005 Chrysler Town and Country, 211K miles. Entire property value: $1,300.00; Imported from original petition Doc# 1; Exemption: 2005 Chrysler Town and Country 211K miles - Amount: 1300.00 | 1,300.00 | 0.00 | | 0.00 | FA |
| 18 | 2011 Hyudai Elentra, 50000 miles. Entire propert<br>Orig. Description: 2011 Hyudai Elentra, 50000 miles. Entire property value: $8,500.00; Imported from original petition Doc# 1 | 8,500.00 | 0.00 | | 0.00 | FA |
| 19 | one cat<br>Orig. Description: one cat; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | TRUSTS, EQUITABLE, FUTURE INTERESTS IN PROPERTY (u) | 107,409.47 | 107,409.47 | | 107,409.47 | FA |
| 20 | **Assets Totals (Excluding unknown values)** | **$305,048.47** | **$181,588.30** | | **$181,588.30** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 16-38491
**Case Name:** KRAUSE, KEVIN T.
KRAUSE, CHRISTY L.

**For Period Ending:** 01/30/2018

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 12/06/2016 (f)
**§ 341(a) Meeting Date:** 01/03/2017
**Claims Bar Date:** 04/21/2017

**Major Activities Affecting Case Closing:**

**Current Projected Date Of Final Report (TFR):** 07/21/2017 (Actual)   **Initial Projected Date Of Final Report (TFR):** 07/21/2017

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-38491 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | KRAUSE, KEVIN T. <br> KRAUSE, CHRISTY L. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******9266 Checking Account |
| Taxpayer ID #: | **-***1666 | Blanket Bond (per case limit): | $77,173,558.00 |
| For Period Ending: | 01/30/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/22/17 | {1} | DuPage County Sheriff | forec losure sale surplus | 1110-000 | 74,178.83 | | 74,178.83 |
| 02/27/17 | {20} | State Farm Life Inurance Co. | Life insurance payment re: death of Debtor's father. | 1290-000 | 107,409.47 | | 181,588.30 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.78 | 181,570.52 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.86 | 181,300.66 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 243.38 | 181,057.28 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 286.46 | 180,770.82 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 260.01 | 180,510.81 |
| 09/11/17 | 101 | SPRINGER BROWN, LLC | Combined dividend payments for Claim #ATTY EXP, ATTY FEES | | | 6,713.00 | 173,797.81 |
| | | | Claims Distribution - Tue, 07-18-2017 $266.50 | 3120-000 | | | 173,797.81 |
| | | | Claims Distribution - Tue, 07-18-2017 $6,446.50 | 3110-000 | | | 173,797.81 |
| 09/11/17 | 102 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $6,787.88; Claim # TR COMP; Filed: $6,787.88 | 2100-000 | | 6,787.88 | 167,009.93 |
| 09/11/17 | 103 | Internal Revenue Service | Combined dividend payments for Claim #1P, 1PI, 1U, 1UI | | | 9,105.79 | 157,904.14 |
| | | | Claims Distribution - Tue, 07-18-2017 $7,504.14 | 5800-000 | | | 157,904.14 |
| | | | Claims Distribution - Tue, 07-18-2017 $44.39 | 7990-000 | | | 157,904.14 |
| | | | Claims Distribution - Tue, 07-18-2017 $1,548.10 | 7100-000 | | | 157,904.14 |
| | | | Claims Distribution - Tue, 07-18-2017 $9.16 | 7990-000 | | | 157,904.14 |
| 09/11/17 | 104 | Navient Solutions, Inc. on behalf of | Combined dividend payments for Claim #2, 2I | | | 36,085.05 | 121,819.09 |
| | | | Claims Distribution - Tue, 07-18-2017 $35,872.86 | 7100-000 | | | 121,819.09 |

Page Subtotals: **$181,588.30**  **$59,769.21**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-38491 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | KRAUSE, KEVIN T. / KRAUSE, CHRISTY L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1666 | Account #: | ******9266 Checking Account |
| For Period Ending: | 01/30/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Tue, 07-18-2017  $212.19 | 7990-000 | | | 121,819.09 |
| 09/11/17 | 105 | Capital One, N.A. | Combined dividend payments for Claim #3, 3I | | | 1,343.43 | 120,475.66 |
| | | | Claims Distribution - Tue, 07-18-2017  $1,335.53 | 7100-000 | | | 120,475.66 |
| | | | Claims Distribution - Tue, 07-18-2017  $7.90 | 7990-000 | | | 120,475.66 |
| 09/11/17 | 106 | Portfolio Recovery Associates, LLC | Combined dividend payments for Claim #4, 4I | | | 9,644.96 | 110,830.70 |
| | | | Claims Distribution - Tue, 07-18-2017  $9,588.24 | 7100-000 | | | 110,830.70 |
| | | | Claims Distribution - Tue, 07-18-2017  $56.72 | 7990-000 | | | 110,830.70 |
| 09/11/17 | 107 | KRAUSE, KEVIN T. and KRAUSE, CHRISTY L. | Distribution payment - Dividend paid at 100.00% of $110,830.70; Claim # SURPLUS; Filed: $0.00 Stopped on 11/21/2017 | 8200-005 | | 110,830.70 | 0.00 |
| 11/21/17 | 107 | KRAUSE, KEVIN T. and KRAUSE, CHRISTY L. | Distribution payment - Dividend paid at 100.00% of $110,830.70; Claim # SURPLUS; Filed: $0.00 Stopped: check issued on 09/11/2017 | 8200-005 | | -110,830.70 | 110,830.70 |
| 11/27/17 | 108 | Kevin T. Krause and Christy L. Krause | | 8200-002 | | 110,830.70 | 0.00 |
| | | **COLUMN TOTALS** | | | 181,588.30 | 181,588.30 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | **Subtotal** | | | 181,588.30 | 181,588.30 | |
| | | | Less: Payments to Debtors | | | 110,830.70 | |
| | | **NET Receipts / Disbursements** | | | **$181,588.30** | **$70,757.60** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-38491 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | KRAUSE, KEVIN T.<br>KRAUSE, CHRISTY L. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***1666 | **Account #:** | ******9266 Checking Account | |
| **For Period Ending:** | 01/30/2018 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9266 Checking Account | $181,588.30 | $70,757.60 | $0.00 |
| | $181,588.30 | $70,757.60 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)